Luke P. Breslin, Esq. (Bar ID #029222010)
Cody C. Hubbs, Esq. (Bar ID #339942020)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANT FIVE BELOW, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALEXSANDRA BONILLA, <br><br> Plaintiff, <br> v. <br><br> FIVE BELOW, INC.; and JOHN DOES 1-5 AND 6-10, <br><br> Defendants. | Civil Action No. <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that a true and correct copy of Defendant Five Below, Inc.'s Notice and Petition for Removal, Notice of Compliance with 28 U.S.C. § 1446(d), Civil Cover Sheet, Rule 7.1 Disclosure Statement, Application of Extension of Time to Answer, Move, or Otherwise Respond, and this Certificate of Service were filed with the clerk using the ECF system and also served upon Plaintiff's counsel, Erica B. Askin, Esq., Costello, Mains, & Silverman, LLC, 18000 Horizon Way, Suite 800, Mount Laurel, NJ 08054, by sending said documents via ECF, electronic, and overnight mail, on this 27th day of February, 2024.

/s/   *Millie Cesario*
     Millie Cesario

Dated: February 27, 2024
4891-2933-7253, v. 1